**SEALED BY ORDER OF COURT**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAHMAT ABDHIR,<br>　　and<br>ZULKIFLI ABDHIR.<br><br>　　　　　Defendants. | CR No. 07 00501 JF<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

For good cause shown, as set forth in the oral application made by Department of Justice Trial Attorney John T. Gibbs, the Clerk of Court is hereby **ORDERED** to file the Indictment, the arrest warrants, and this Order, under seal and not disclose the contents thereof to anyone without further order of this Court.

**IT IS SO ORDERED.**

DATED: August ___1___, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　THE HON. HOWARD R. LLOYD  RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1