**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Rahmat Abdhir<br>Defendant. | FILED<br>AUG - 2 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE<br><br>Case Number<br>CR 07-00501 JF<br><br>ORDER - CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT: _If not in custody_

[X] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 50.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of _~~Monday~~ 9/1/07_ and the SAME DAY each month thereafter;

[ ] The first day of _____ and the FIRST DAY of each month thereafter;

[ ] MAIL TO:   Clerk, U. S. District Court
                280 South First Street, Room 2112
                San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____;

[ ] MAIL TO:   Clerk, U. S. District Court
                280 South First Street, Room 2112
                San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 8/2/07

Howard R. Lloyd, U.S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72