SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED
AUG 8 - 2007

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAHMAT ABDHIR,<br>    a/k/a Sean Kasem,<br>    a/k/a Sean Kalimin,<br>    a/k/a Roy Kalimin,<br>    a/k/a Salam A. Jabar,  and<br><br>ZULKIFLI ABDHIR,<br>    a/k/a Zulkifli Bin Abdul Hir,<br>    a/k/a Hulagu,<br>    a/k/a Holagu,<br>    a/k/a Lagu,<br>    a/k/a Marwan,<br>    a/k/a Kulon<br>    a/k/a Musa Abdul,<br>    a/k/a Musa Abdul Hir,<br>    a/k/a Zulkifli Abdul Hir,<br>    a/k/a Zulkifli bin Hir,<br>    a/k/a Abdul Hir bin Zulkifli,<br>    a/k/a Abdulhir Bin Hir,<br>    a/k/a Bin Abdul Hir Zulkifli,<br><br>    Defendants. | No. 07CR 00501-01-JF<br><br><br><br><br><br><br><br>**NOTICE OF MOTION**<br><br>SAN JOSE VENUE |

Please take notice that, on August 8, 2007, the Government will file a motion, pursuant to Section 2 of the Classified Information Procedures Act, Title 18, United States Code,

1  Appendix 3, requesting a pretrial conference to consider matters related to classified information
2  that may arise in connection with this prosecution.
3
4                                              Respectfully submitted,
5
6                                              SCOTT N. SCHOOLS
                                               UNITED STATES ATTORNEY
7                                              NORTHERN DISTRICT OF CALIFORNIA
8
9  Dated: august 7, 2007         By: /s/ Joanna Baltes
                                      Jonathon Schmidt
10                                    Tracie Brown
                                      Assistant U.S. Attorney
11                                    John Gibbs
                                      Joanna Baltes
12                                    DOJ Trial Attorneys
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28