1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**FILED**
AUG 8 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAHMAT ABDHIR,<br>    a/k/a Sean Kasem,<br>    a/k/a Sean Kalimin,<br>    a/k/a Roy Kalimin,<br>    a/k/a Salam A. Jabar, and<br><br>ZULKIFLI ABDHIR,<br>    a/k/a Zulkifli Bin Abdul Hir,<br>    a/k/a Hulagu,<br>    a/k/a Holagu,<br>    a/k/a Lagu,<br>    a/k/a Marwan,<br>    a/k/a Kulon,<br>    a/k/a Musa Abdul,<br>    a/k/a Musa Abdul Hir,<br>    a/k/a Zulkifli Abdul Hir,<br>    a/k/a Zulkifli bin Hir,<br>    a/k/a Abdul Hir bin Zulkifli,<br>    a/k/a Abdulhir Bin Hir,<br>    a/k/a Bin Abdul Hir Zulkifli,<br><br>    Defendants. | No. 07CR 00501-01-JF<br><br>**MOTION OF THE UNITED STATES<br>FOR PRETRIAL CONFERENCE<br>PURSUANT TO THE CLASSIFIED<br>INFORMATION PROCEDURES ACT**<br><br>SAN JOSE VENUE |

    The United States of America, by and through its undersigned counsel, hereby invokes the provisions of Section 2 of the Classified Information Procedures Act (hereinafter "CIPA"), 18

1  U.S.C. App. III, and requests that this Court hold a pretrial conference to consider matters
2  relating to classified information that may arise in connection with this prosecution.

                                         Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         UNITED STATES ATTORNEY
                                         NORTHERN DISTRICT OF CALIFORNIA

Dated: *August 7, 2007*      By: */s/ Joanna Baltes*
                                              Jonathon Schmidt
                                              Tracie Brown
                                              Assistant U.S. Attorney
                                              John Gibbs
                                              Joanna Baltes
                                              DOJ Trial Attorneys

## ORDER GRANTING PRETRIAL CONFERENCE

The Motion of the United States for a Pretrial Conference pursuant to Section 2 of the Classified Information Procedures Act is hereby granted. The conference will be held before the undersigned on _____, 2007, at ____ .m., at the United States Courthouse, in San Jose, California.

SO ORDERED.

DATED: August ____, 2007

                                                                                               _____
                                                                                               HONORABLE JEREMY FOGEL
                                                                                               United States District Court