# CERTIFICATE OF SERVICE



UNITED STATES v. RAHMAT ABDHIR
07 CR 00501-01-JF

I, Brenda Hodgen, declare that I am a citizen of the United States, over the age of 18 years and not a party to the within action.

I hereby certify that a copy of the foregoing:

**UNITED STATES NOTICE OF MOTION; MOTION OF THE UNITED STATES FOR PRETRIAL CONFERENCE PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT; MEMORANDUM OF LAW IN SUPPORT OF THE UNITED STATES FOR PRETRIAL CONFERENCE PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT;**

was served today ____ by hand; ____ by facsimile; ____ by electronic mail; ____ by placing a true copy in the Federal Public Defender's pickup mailbox located in the Clerk's Office on the second floor of the United States District Court House, 280 South First Street, San Jose, California; ____ by first class mail by placing a true copy of each such document(s) in a saled envelope with postage thereon fully paid, either in a U.S. Mail mailbox or in the designated area for outgoing U.S. Mail in accordance with the normal practice of the United States Attorney's Office; and addressed to the following Counsel of Record:

(Facsimile)

Nicholas Humy
San Jose Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, California 95113
Fax: 408-291-7399

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was excecuted at San Jose, California.

DATED: August 8, 2007

BRENDA HODGEN
Chief Secretary
U.S. Attorney's Office