1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

[FILED AUG 8 - 2007, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07CR 00501-01-JF |
| Plaintiff, | |
| v. | |
| RAHMAT ABDHIR, <br>    a/k/a Sean Kasem, <br>    a/k/a Sean Kalimin, <br>    a/k/a Roy Kalimin, <br>    a/k/a Salam A. Jabar, and | **NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION** |
| ZULKIFLI ABDHIR, <br>    a/k/a Zulkifli Bin Abdul Hir, <br>    a/k/a Hulagu, <br>    a/k/a Holagu, <br>    a/k/a Lagu, <br>    a/k/a Marwan, <br>    a/k/a Kulon <br>    a/k/a Musa Abdul, <br>    a/k/a Musa Abdul Hir, <br>    a/k/a Zulkifli Abdul Hir, <br>    a/k/a Zulkifli bin Hir, <br>    a/k/a Abdul Hir bin Zulkifli, <br>    a/k/a Abdulhir Bin Hir, <br>    a/k/a Bin Abdul Hir Zulkifli, | SAN JOSE VENUE |
| Defendants. | |

The United States, by and through its undersigned counsel, hereby provides notice to the Court and defendant Rahmat Abdir, pursuant to Title 50, United States Code, Section 1806(c),

1825(d); that the United States intends to offer into evidence, or otherwise use or disclose at pre-trial hearings, trial, and at other proceedings in this case, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§1801-1811, 1821-1829.

The United States will produce the discoverable FISA information to the defendant pursuant to a protective order that the United States will promptly seek from the Court.

Respectfully submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF CALIFORNIA

Dated: August 7, 2007    By: /s/ Joanna Baltes
Jonathon Schmidt
Tracie Brown
Assistant U.S. Attorney
John Gibbs
Joanna Baltes
DOJ Trial Attorneys

## CERTIFICATE OF SERVICE

UNITED STATES v. RAHMAT ABDHIR
07 CR 00501-01-JF

I, Brenda Hodgen, declare that I am a citizen of the United States, over the age of 18 years and not a party to the within action.

I hereby certify that a copy of the foregoing:

UNITED STATES NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

was served today ____ by hand; ____ by facsimile; ____ by electronic mail; ____ by placing a true copy in the Federal Public Defender's pickup mailbox located in the Clerk's Office on the second floor of the United States District Court House, 280 South First Street, San Jose, California; ____ by first class mail by placing a true copy of each such document(s) in a saled envelope with postage thereon fully paid, either in a U.S. Mail mailbox or in the designated area for outgoing U.S. Mail in accordance with the normal practice of the United States Attorney's Office; and addressed to the following Counsel of Record:

(Facsimile)

>   Nicholas Humy
>   San Jose Federal Public Defender
>   160 West Santa Clara Street, Suite 575
>   San Jose, California 95113
>   Fax: 408-291-7399

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was exçecuted at San Jose, California.

DATED: August 8, 2007

BRENDA HODGEN
Chief Secretary
U.S. Attorney's Office