1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ABD HIR

6

7
                        IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                 SAN JOSE DIVISION
10

11
   UNITED STATES OF AMERICA,              )   No. CR-07-00501 JF (HRL)
12                                         )
                  Plaintiff,               )   UNOPPOSED REQUEST FOR COURT
13                                         )   REPORTER AT ALL HEARINGS BEFORE
   vs.                                     )   THE UNITED STATES MAGISTRATE
14                                         )   JUDGE
   RAHMAT ABD HIR,                         )
15                                         )
                  Defendant.               )
16 _____ )

17

18         I, Nicholas P. Humy, hereby declare as follows:

19         1.   I am an Assistant Federal Public Defender for the Northern District of California,

20 San Jose Division.  Our office has been appointed to represent defendant Rahmat Abd Hir in the

21 above-captioned case.

22         2.   Given the nature of the charges in this matter, it is important that a complete and

23 accurate record be made at every stage of the proceedings.  In addition, the defense expects that it

24 will seek to obtain a transcript of most, if not all, proceedings before the United States Magistrate

25 Judge.

26         3.   I have spoken with Assistant United States Attorney Jonathan Schmidt and he has

Unopposed Request for Court Reporter           1

1 advised me that the government has no objection to the presence of a court reporter at
2 proceedings before the United States Magistrate Judge.
3     4. For the reasons set forth above, it is respectfully requested that a court reporter be
4 present to record all proceedings that take place before a United States Magistrate Judge in this
5 case.
6     I declare under penalty of perjury that the foregoing is true and correct, except for those
7 matters stated on information and belief, and as to those matters, I am informed and believe them
8 to be true.
9     Executed this _10th_ day of August, 2007, in the Northern District of California.

                                            Respectfully submitted,

                                            BARRY J. PORTMAN
                                            Federal Public Defender

                                            _____/s/_____
                                            NICHOLAS P. HUMY
                                            Assistant Federal Public Defender