BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00501 JF (HRL) |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING UNOPPOSED REQUEST FOR COURT REPORTER AT ALL HEARINGS BEFORE THE UNITED STATES MAGISTRATE JUDGE |
| vs. ) | |
| RAHMAT ABD HIR, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, upon the unopposed request of defendant Rahmat Abd Hir, by and through counsel, IT IS HEREBY ORDERED that a court reporter shall be present to record the proceedings at all hearings before a United States Magistrate Judge in the above-captioned case.

IT IS SO ORDERED.

Dated:

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

[Proposed] Order                    1