1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ABD HIR

**FILED**

AUG 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00501 JF (HRL) |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| ) | UNOPPOSED REQUEST FOR COURT |
| vs. ) | REPORTER AT ALL HEARINGS BEFORE |
| ) | THE UNITED STATES MAGISTRATE |
| RAHMAT ABD HIR, ) | JUDGE |
| Defendant. ) | |

GOOD CAUSE APPEARING, upon the unopposed request of defendant Rahmat Abd Hir, by and through counsel, IT IS HEREBY ORDERED that a court reporter shall be present to record the proceedings at all hearings before a United States Magistrate Judge in the above-captioned case.

IT IS SO ORDERED.

Dated: 8/10/07

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

[Proposed] Order                              1