1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  JONATHON D. SCHMIDT (MABN 563767)
   TRACIE L. BROWN (CSBN 184339)
5  Assistant United States Attorneys
   JOHN GIBBS (VABN 40380)
6  JOANNA BALTES (CSBN 205061)
   DOJ Trial Attorneys
7
                      UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN FRANCISCO DIVISION
10

11
   | UNITED STATES OF AMERICA, | ) | No. 07CR 00501-01-JF |
12 |                            | ) |                       |
   |     Plaintiff,             | ) |                       |
13 |                            | ) |                       |
   |  v.                        | ) |                       |
14 |                            | ) | **GOVERNMENT'S MOTION TO STAY** |
   |                            | ) | **DEFENDANT'S RELEASE PENDING** |
15 | RAHMAT ABDHIR,             | ) | **DISTRICT COURT'S RULING ON** |
   |     a/k/a Sean Kasem,      | ) | **GOVERNMENT'S APPEAL OF** |
16 |     a/k/a Sean Kalimin,    | ) | **MAGISTRATE'S PRE-TRIAL** |
   |     a/k/a Roy Kalimin,     | ) | **RELEASE ORDER FOR DEFENDANT** |
17 |     a/k/a Salam A. Jabar, and | ) | **RAHMAT ABDHIR** |
   |                            | ) |                       |
18 | ZULKIFLI ABDHIR,           | ) |                       |
   |     a/k/a Zulkifli Bin Abdul Hir, | ) |                |
19 |     a/k/a Hulagu,          | ) | SAN JOSE VENUE        |
   |     a/k/a Holagu,          | ) |                       |
20 |     a/k/a Lagu,            | ) | Magistrate Judge Howard R. Lloyd |
   |     a/k/a Marwan,          | ) |                       |
21 |     a/k/a Kulon            | ) |                       |
   |     a/k/a Musa Abdul,      | ) |                       |
22 |     a/k/a Musa Abdul Hir,  | ) |                       |
   |     a/k/a Zulkifli Abdul Hir, | ) |                    |
23 |     a/k/a Zulkifli bin Hir,| ) |                       |
   |     a/k/a Abdul Hir bin Zulkifli, | ) |                |
24 |     a/k/a Abdulhir Bin Hir,| ) |                       |
   |     a/k/a Bin Abdul Hir Zulkifli, | ) |                |
25 |                            | ) |                       |
   |     Defendants.            | ) |                       |
26

27     The United States of America, by and through its undersigned counsel, hereby requests

28  that the Court stay the pre-trial release of Defendant Rahmat Abdhir, pending the District

Court's ruling on the Government's Appeal of Magistrate's Pre-Trial Release Order for Defendant Rahmat Abdhir. The Government is currently awaiting transcripts from the August 7, 2007, and August 14, 2007, hearings. The Government anticipates that the Appeal, pursuant to 18 U.S.C. 3145(a)(1), will be filed on or before Tuesday, August 21, 2007, with the District Court.

Dated:      August 17, 2007                    Respectfully submitted,


SCOTT N. SCHOOLS
United States Attorney


/s/ Joanna Baltes
JONATHON SCHMIDT
TRACIE BROWN
Assistant U.S. Attorneys
JOHN GIBBS
JOANNA BALTES
DOJ Trial Attorneys