1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   CYNTHIA LIE
3  Assistant Federal Public Defenders
   160 West Santa Clara Street, Suite 575
4  San Jose, CA  95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ABD HIR
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,          )   No. CR-07-00501 JF (HRL)
                                       )
13                 Plaintiff,          )   OPPOSITION TO GOVERNMENT'S
                                       )   MOTION TO STAY RELEASE PENDING
14  vs.                                )   APPEAL
                                       )
15  RAHMAT ABD HIR,                    )   **HON. HOWARD R. LLOYD**
                                       )
16                 Defendant.          )
    _____)
17

18

19                        **INTRODUCTION**

20         On August 14, 2007, this Court ordered Rahmat Abd Hir released pending trial, as soon

21  as Mr. Abd Hir and his sureties are able to post $600,000 bond.  The Court's decision was made

22  after the government had been given two separate opportunities to argue for Mr. Abd Hir's

23  detention.  Although the government is entitled to appeal this Court's decision, a stay pending

24  that appeal is neither statutorily required nor factually justified.

25                          **ARGUMENT**

26         At the initial detention hearing, the Court determined that Mr. Abd Hir is not a danger to

1    the community.  Although the Court ordered Mr. Abd Hir detained as a potential flight risk, the

2    Court indicated that it would likely follow the recommendation of Pretrial Services that Mr. Abd

3    Hir be released, provided that adequate sureties could be found.  One week later, Mr. Abd Hir

4    returned to court for a second hearing.  At that time, the Court was informed that Mr. Abd Hir

5    and his wife were prepared to post their home, as were three other couples.  The government

6    again argued that Mr. Abd Hir poses a danger to the community and a flight risk.  After twice

7    hearing extensive argument from the government in favor of Mr. Abd Hir's detention, this Court

8    concluded that Mr. Abd Hir is not a danger to the community and that any flight risk he might

9    otherwise pose could be addressed by requiring Mr. Abd Hir to post $600,000 bond.  The Court's

10   decision was consistent with the recommendation of Pretrial Services.

11        Nothing in § 3145(a)(1) requires this Court to stay its release order.  See 18 U.S.C. §

12   3145(a)(1); United States v. Rios, – F. Supp. 2d. –, 2007 WL 1725636 (N.D. W. Va. 2007)

13   (denying government request to stay release order pending appeal).  Nor is there any presumption

14   in favor of a stay.

15        The government has offered no justification for its request, other than the simple fact that

16   it intends to appeal.  It is also notable that the government failed to request a stay at the

17   conclusion of the detention hearing, although it could have done so then.  Mr. Abd Hir's sureties

18   have already begun the time-consuming and costly process of having their homes appraised and

19   obtaining title reports.

20   //

21   //

22   //

23   //

24   //

25   //

26   //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**<u>CONCLUSION</u>**

Mr. Abd Hir is not a danger to the community and, subject to the conditions this Court has imposed, does not present a flight risk.  For these reasons, as well as the reasons set forth above, it is respectfully requested that the government's request for a stay pending appeal be denied.

Dated: August 18, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender


_____/s/_____
CYNTHIA LIE
Assistant Federal Public Defender