SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00501 JF |
|     Plaintiff, ) | **NOTICE OF CHANGE OF COUNSEL** |
|   v. ) | |
| RAHMAT ABDHIR, et al., ) | |
|     Defendant. ) | |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court of additional co-counsel that has been assigned to this case, namely, Assistant United States Attorney ("AUSA") Tracie Brown.  Future ECF notices and court notices

///
///
///
///

Case # CR 07-00501 JF
NOTICE OF CHANGE OF COUNSEL

1  should include AUSA Brown at the email address of tracie.brown@usdoj.gov.

2

3  DATED: August 17, 2007          Respectfully submitted,

4                                  SCOTT N. SCHOOLS
                                   United States Attorney
5

6                                          /s/
                                   _____
7                                  TRACIE BROWN
                                   Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case # CR 07-00501 JF
NOTICE OF CHANGE OF COUNSEL