1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CABN 184339)
   JONATHAN D. SCHMIDT (CABN 230646)
5  Assistant United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436–6767
7  JOHN GIBBS (VABN 40380)
   JOANNA BALTES (CABN 205061)
8  DOJ Trial Attorneys
       950 Pennsylvania Avenue, Suite 2714
9      Washington, D.C. 20350
       Telephone: (202) 353-3469
10                 (202) 307-6326

11 Attorneys for Plaintiff

12
                   UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN JOSE DIVISION
15

16
   UNITED STATES OF AMERICA,        )   No. CR-07-00501-JF (HRL)
17                                  )
          Plaintiff,                )   [Proposed] ORDER TO EXCLUDE
18                                  )   TIME FROM AUGUST 14, 2007 TO
      v.                            )   AUGUST 29, 2007
19                                  )
   RAHMAT ABDHIR et al              )
20        Defendants.               )
                                    )
21

22
       The parties appeared before The Honorable Howard R. Lloyd, United States
23
   Magistrate Judge on August 14, 2007.  At that hearing, the next court date was set for
24
   August 29, 2007.  The United States requested, the defendant agreed and the Court
25
   ordered that the time between August 14, 2007, and August 29, 2007, shall be excluded
26
   from computing the time within which the trial must commence.  The grounds for this
27
   exclusion is that the parties need time to exchange and review discovery.  Failure to grant
28
   Proposed ORDER Excluding Time
   *United States  v. Abdhir et al.,* CR 07- 00501 JF

1  such a continuance would unreasonably deny the defendant and the government
2  continuity of counsel and would deny counsel the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. Section
4  3161(h)(8)(A) and (B)(iv).  Further the ends of justice served by the continuance
5  outweigh the best interest of the public and the defendant in a speedy trial.
6      IT IS SO ORDERED.

8  Dated:_____         _____
                                    HOWARD R. LLOYD
9                                   United States Magistrate Judge

Proposed ORDER Excluding Time
*United States  v. Abdhir et al.,* CR 07- 00501 JF

2