BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR-07-00501 JF |
| ) | |
| Plaintiff,     ) | RESPONSE TO MOTION OF THE UNITED |
| ) | STATES FOR PRETRIAL CONFERENCE |
| vs.     ) | PURSUANT TO THE CLASSIFIED |
| ) | INFORMATION PROCEDURES ACT |
| RAHMAT ABD HIR,     ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

     The government wishes to have a pretrial conference, pursuant to the Classified Information Procedures Act (CIPA), 18  U.S.C. App. 3,  to "consider matters relating to classified information that may arise in connection with this prosecution."  To the extent that the government seeks an opportunity for the parties and the Court to establish general procedural guidelines for the handling of classified information in compliance with CIPA, the defense has no objection.

     The defense also does not object to a discussion of individual items of classified information, provided that the government does not make any *ex parte* submissions or have any

Response to Motion for Pretrial Conference               1

other *ex parte* communications with the Court. The defense is willing to conduct such discussions in a closed courtroom, with the defense present.

To the extent that the government believes it needs to make any *ex parte* submission to the Court, the government should be required to submit a memorandum of points and authorities in support of the request and serve a copy of the memorandum of points and authorities on the defense, allowing sufficient time for the defense to respond. The defense has no objection to such memoranda being filed under seal.[1]

To facilitate the distribution of classified material, the defense respectfully requests that the Court order the government to immediately begin the process of obtaining security clearances for Assistant Federal Public Defenders Nicholas Humy and Cynthia Lie.

Finally, the defense respectfully suggests that the discussion of CIPA procedures could be conducted during the August 29, 2007, hearing already set before this Court.

Dated: August 22, 2007

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                        _____/s/_____
                                        NICHOLAS P. HUMY
                                        Assistant Federal Public Defender

---

[1] The defense is aware that, according to the Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, "[e]very document filed by the defendant in the case shall be filed under seal and promptly turned over to the court security officer." See 18 U.S.C. App. 3, § 9(a). The defense is acting on the assumption that it is not required to file preliminary pleadings such as the instant pleading under seal as no classified information has yet been produced to the defense and no court security officer has yet been identified.