BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00501 JF (RS) |
| ) | |
| Plaintiff, ) | UNOPPOSED APPLICATION FOR ORDER SHORTENING TIME |
| ) | |
| vs. ) | |
| ) | **HON. RICHARD SEEBORG** |
| RAHMAT ABD HIR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, Nicholas P. Humy, hereby declare:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. Our office has been appointed to represent defendant Rahmat Abd Hir in the above-captioned case.

2. The government has arrested and initiated deportation proceedings against Faizal Ab Halim and Abdulkawi Ahmed Hamed, two potentially material witnesses in this case.

3. I am informed and believe that an immigration hearing for both witnesses is scheduled to be held on Tuesday, September 4, 2007.

4. The defense is moving to for an order compelling the government to produce its

Unopposed Application for Order Shortening
Time                                            1

1  reports of government interviews with these witnesses, both of whom I am informed and believe
2  have been interviewed on several occasions. The purpose of this request is to enable the defense
3  to determine whether to move for the witnesses' detention under Title 18 U.S.C. § 3144.
4      5.  Without an order shortening time, the defendant's motion would not be heard until
5  after the September 4, 2007, immigration hearing. It is possible that the witnesses will be
6  deported before the defense has had an opportunity to seek their detention as material witnesses.
7      6.  I have spoken with DOJ Trial Attorney Joanna Baltes, who has informed me that the
8  government does not object to an order shortening time to permit this motion to be heard prior to
9  the September 4, 2007, immigration hearing.
10      7.  For the reasons set forth above, it is respectfully requested that the Court enter an
11  order shortening time to permit the defense's motion for expedited discovery re: material
12  witnesses to be heard on Thursday, August 30, 2007, at 9:30 a.m.
13  I declare under penalty of perjury that the foregoing is true and correct, except for those
14  matters stated on information and belief, and as to those matters, I am informed and believe them
15  to be true.
16  Executed this 24th day of August, 2007, in the Northern District of California.
17
18
                                                                                  NICHOLAS P. HUMY
19                                                                                   Assistant Federal Public Defender
20
21
22
23
24
25
26