BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RAHMAT ABD HIR,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-07-00501 JF (RS)<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR ORDER SHORTENING TIME<br><br>**HON. RICHARD SEEBORG** |

GOOD CAUSE APPEARING, upon unopposed motion of defendant Rahmat Abd Hir, by and through counsel,

IT IS HEREBY ORDERED that Defendant's Motion for Expedited Discovery re: Material Witnesses shall be heard on Thursday, August 30, 2007, at 9:30 a.m.

IT IS SO ORDERED.

Dated:

_____
THE HONORABLE RICHARD SEEBORG
United States Magistrate Judge

[Proposed] Order                                                  1