BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00501 JF (RS) |
| Plaintiff, ) | DECLARATION OF NICHOLAS P. HUMY IN SUPPORT OF DEFENDANT'S MOTION FOR EXPEDITED DISCOVERY RE: MATERIAL WITNESSES |
| vs. ) | |
| RAHMAT ABD HIR, ) | |
| Defendant. ) | |

I, Nicholas P. Humy, hereby declare:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. My office has been appointed to represent defendant Rahmat Abd Hir in the above-captioned case.

2. I am informed and believe that in the course of executing a search warrant for Mr. Abd Hir's home in connection with this case, the government arrested two of Mr. Abd Hir's roommates, Faizal Ab Halim and Abdulkawi Ahmed Hamed.  It is my understanding that although these individuals were arrested by FBI agents, they were then placed in custody of ICE.

3. I am informed and believe that the government has interviewed both individuals

Declaration of Counsel in Support of Motion for
Expedited Discovery                                      1

1. numerous times.

2.     4.    On August 14, 2007, I sent a letter to the prosecutors in this case requesting discovery of all interview reports concerning these two individuals. In the letter, I explained that the defense needs the interview reports to determine whether to seek the detention of these individuals as material witnesses pursuant to Title 18 U.S.C. § 3144. A copy of that letter is attached hereto as Attachment 1. I have received no response to this request.

3.     5.    On August 14, 2007, I also sent a letter asking the government to tell me where these individuals were being detained so that I could meet with them. A copy of that letter is attached hereto as Attachment 2. I have not received a written response to this request, but I was advised orally that the government did not know whether ICE would permit it to disclose the witnesses' location. The defense believes it will be able to locate and attempt to interview these witnesses through its own investigative efforts, but has not been able to contact them as of the date of this declaration.

4.     6.    On August 14, 2007, I also sent a letter formally advising the government that I was investigating the possibility of having these individuals detained as material witnesses. In that letter, I requested that the government suspend all deportation proceedings against these individuals for a reasonable amount of time to allow the defense to assess whether to seek their detention as material witnesses. A copy of that letter is attached hereto as Attachment 3. The government has advised me that it has no authority to direct ICE to suspend these proceedings.

5.     7.    I am informed and believe that an immigration hearing for both individuals is scheduled to be held on Tuesday, September 4, 2007.

6.     8.    Based upon the fact that the deportation of these individuals may be imminent, the fact that the government has interviewed both individuals repeatedly in connection with this case, and the fact that the defense needs to review the witnesses' statements in order to make an informed decision concerning whether to seek their detention as material witnesses, it is my belief that waiting to receive the witnesses' interviews in the normal course of discovery would

1  create an unacceptable risk that Mr. Abd Hir will be denied his constitutional rights to due
2  process and compulsory process.
3       I declare under penalty of perjury that the foregoing is true and correct, except for those
4  matters stated on information and belief, and as to those matters, I am informed and believe them
5  to be true.
6       Executed this 24th day of August, 2007, in the Northern District of California.

                               _____/s/_____
                               NICHOLAS P. HUMY
                               Assistant Federal Public Defender

Declaration of Counsel in Support of Motion for
Expedited Discovery                              3