# ATTACHMENT 1



**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

August 14, 2007

DOJ Trial Attorney John Gibbs
DOJ Trial Attorney Joanna Baltes
Assistant U.S. Attorney Jonathan Schmidt
Assistant U.S. Attorney Tracie Brown
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *United States v. Rahmat Abd Hir*, No. CR 07-00501 JF

Dear Counsel:

It is my understanding that the FBI arrested Faisal Halim and Abdul Qawi Hamed at Mr. Abd Hir's home in Sunnyvale. Please provide any memoranda of interviews, 302s, or other interview reports concerning these witnesses. This request also includes reports concerning any contacts these witnesses have had with other agencies, such as ICE.

Thank you.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

NICHOLAS P. HUMY
Assistant Federal Public Defender

# ATTACHMENT 2



**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

August 14, 2007

DOJ Trial Attorney John Gibbs
DOJ Trial Attorney Joanna Baltes
Assistant U.S. Attorney Jonathan Schmidt
Assistant U.S. Attorney Tracie Brown
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *United States v. Rahmat Abd Hir*, No. CR 07-00501 JF

Dear Counsel:

I write to request your assistance in locating Faisal Halim and Abdul Qawi Hamed, both of whom were arrested at Mr. Abd Hir's home in Sunnyvale. Please let me know as soon as possible where these witnesses are being detained so that I can meet with them.

Thank you.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

NICHOLAS P. HUMY
Assistant Federal Public Defender

# ATTACHMENT 3



**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

August 14, 2007

DOJ Trial Attorney John Gibbs
DOJ Trial Attorney Joanna Baltes
Assistant U.S. Attorney Jonathan Schmidt
Assistant U.S. Attorney Tracie Brown
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *United States v. Rahmat Abd Hir*, No. CR 07-00501 JF

Dear Counsel:

    I have been informed that Faisal Halim and Abdul Qawi Hamed were arrested at Mr. Abd Hir's home in Sunnyvale and that ICE may be processing them for deportation.

    I write to advise you that we believe both individuals may be material witnesses in this case and to request that they not be deported until the defense has had a full opportunity to interview them and, if appropriate, secure their testimony for trial. I anticipate that the defense will be moving the Court to detain both individuals as material witnesses pursuant to Title 18 U.S.C. § 3144, on the ground that their deportation would violate Mr. Abd Hir's Fifth Amendment right to due process and Sixth Amendment right to compulsory process. In the meantime, please suspend any deportation proceedings for a reasonable amount of time to enable the defense to locate and interview these witnesses.

    Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

NICHOLAS P. HUMY
Assistant Federal Public Defender