| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CABN 184339)<br>JONATHAN D. SCHMIDT (CABN 230646) |
| 5 | Assistant United States Attorneys<br>  450 Golden Gate Avenue, Box 36055 |
| 6 |   San Francisco, California 94102<br>  Telephone: (415) 436–6767 |
| 7 | JOHN GIBBS (VABN 40380)<br>JOANNA BALTES (CABN 205061) |
| 8 | DOJ Trial Attorneys<br>  950 Pennsylvania Avenue, N.W.,Suite 2714 |
| 9 |   Washington, D.C. 20350<br>  Telephone: (202) 353-3469 |
| 10 |   (202) 307-6326 |
| 11 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAHMAT ABDHIR et al<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. CR-07-00501-JF (HRL)<br><br>**GOVERNMENT'S AMENDED MOTION AND ORDER TO STAY DEFENDANT'S RELEASE PENDING DISTRICT COURT'S HEARING ON GOVERNMENT'S APPEAL OF MAGISTRATE'S PRE-TRIAL RELEASE ORDER FOR DEFENDANT RAHMAT ABDHIR**<br><br>SAN JOSE VENUE |

The United States of America, by and through its undersigned counsel, hereby requests that the Court stay the pre-trial release of Defendant Rahmat Abdhir, pending the District Court's ruling on the Government's Appeal of Magistrate's Pre-Trial Release Order for Defendant Rahmat Abdhir. On August 29, 2007, the parties appeared before the District Court in a status hearing. At that time, the District Court ordered Defendant to file a response to the

Government's Appeal of Magistrate's Pre-Trial Release Order for Defendant Rahmat Abdhir, on September 5, 2007, and set a hearing on September 12, 2007 to decide the matter. Accordingly, the Government respectfully requests that the Court stay Defendant's pre-trial release until the District Court has an opportunity to hear the matter on September 12, 2007.

Dated:       August 31, 2007              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/ Joanna Baltes
JONATHON SCHMIDT
TRACIE BROWN
Assistant U.S. Attorneys
JOHN GIBBS
JOANNA BALTES
DOJ Trial Attorneys

**ORDER GRANTING STAY OF DEFENDANT'S RELEASE**

The Motion of the United States for a Stay of Defendant's Pre-Trial Release pending the District Court hearing on September 12, 2007, is hereby granted.

SO ORDERED.

DATED: September ___, 2007

                                                HOWARD R. LLOYD
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07CR 00501-01-JF |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| RAHMAT ABDHIR et al ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joanna P. Baltes, am a citizen of the United States and I am at least eighteen years of age. My business address is 950 Pennsylvania Avenue, N.W., Suite 2714, Washington, D.C. 20350.

I am not a party to the above-entitled action. I have caused service of the government's

**GOVERNMENT'S AMENDED MOTION AND ORDER TO STAY DEFENDANT'S RELEASE PENDING DISTRICT COURT'S HEARING ON GOVERNMENT'S APPEAL OF MAGISTRATE'S PRE-TRIAL RELEASE ORDER FOR DEFENDANT RAHMAT ABDHIR**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    Nicholas Humy. nicholas_humy@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2007.    /s/ Joanna P. Baltes
                                                  JOANNA P. BALTES