# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, August 29, 2007
**Case Number:** CR-07-00501-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:** UNITED STATES OF AMERICA V. RAHMAT ABDHIR, ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) Rahmat Abdhir |
| Attorneys Present: John Gibbs, Joanna Baltes | Attorneys Present: Nick Humy, Cynthia Lie |

---

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. Court grants plaintiff's request for exparte hearing and sets the hearing for today at 3:00 p.m. Court sets hearing on appeal of Magistrate Judge Lloyd's order on 9/12/07 at 10:00 a.m. 14 days are excluded for the reasons stated.