*E-filed 9/4/07*

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CABN 184339)
JONATHAN D. SCHMIDT (CABN 230646)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436–6767
JOHN GIBBS (VABN 40380)
JOANNA BALTES (CABN 205061)
DOJ Trial Attorneys
    950 Pennsylvania Avenue, Suite 2714
    Washington, D.C. 20350
    Telephone: (202) 353-3469
            (202) 307-6326

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )  No. CR-07-00501-JF (HRL)
    Plaintiff,  )
      )  [~~Proposed~~] ORDER TO EXCLUDE
v.  )  TIME FROM AUGUST 14, 2007 TO
      )  AUGUST 29, 2007
RAHMAT ABDHIR et al  )
    Defendants.  )

The parties appeared before The Honorable Howard R. Lloyd, United States Magistrate Judge on August 14, 2007. At that hearing, the next court date was set for August 29, 2007. The United States requested, the defendant agreed and the Court ordered that the time between August 14, 2007, and August 29, 2007, shall be excluded from computing the time within which the trial must commence. The grounds for this exclusion is that the parties need time to exchange and review discovery. Failure to grant

~~Proposed~~ ORDER Excluding Time
*United States v. Abdhir et al.,* CR 07- 00501 JF

1  such a continuance would unreasonably deny the defendant and the government
2  continuity of counsel and would deny counsel the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. Section
4  3161(h)(8)(A) and (B)(iv).  Further the ends of justice served by the continuance
5  outweigh the best interest of the public and the defendant in a speedy trial.
6      IT IS SO ORDERED.
7
8  Dated: 9/4/07

                HOWARD R. LLOYD
                United States Magistrate Judge

~~Proposed~~ ORDER Excluding Time
*United States v. Abdhir et al.*, CR 07- 00501 JF

2