# EXHIBIT A

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>08/01/2007 | DATE AND TIME WARRANT EXECUTED<br>08/02/2007 at 8:25AM PDT | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>AYSA DONG |
| INVENTORY MADE IN THE PRESENCE OF<br>AYSA DONG | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

1. International Crisis Group paper 2. VCR Tape 3. Miscellaneous personal documents 4. Shipping documents 5. Three hard-drives/two Compact Discs 6. Photographs 7. Newspaper Articles 8. Hearing protection 9. Misc. books and military manuals 10. Camoflauge clothes 11. Uniden radio 12. Letter from Philippines 13. Photos 14. Travel documents 15. Western Union receipts 16. Cassette tape 17. Passport 18. Briefcase 19. Photo Album 20.-24. Misc. paperwork 25.-30. Misc. papers, ammunition, videotape 31. Malaysian passport 32. Mini tapes 33. (item not seized) 34. Cellular phone 35. Knives 36. Credit cards 37. Backpack with knife and survival supplies 38. Cassette tapes 39. Misc. financial documents 40. Two cellular phones 41. Western Union misc. papers 42.-43. Books 44. Misc. gun equipment 45. Gun cleaning kit 46. Ammunition 47. Military ammunition box 48. Photographs 49. Imaged hard-drive (not seized) 50. Misc. documents and computer boards 51.-52. Miscellaneous books 53. Financial documents 54. Credit Card 55. $2,000 cash (USD) 56. Credit Cards 57. Misc. documents 58. Identification and travel documents 59. Ammunition 60. Rifle scope 61. Gun cleaning equipment 62. Ammunition / rifle scope 63. $495 cash 64. Wallet 65. $1,900 cash 66. Cellular phone 67. Military sleeping bag 68. Backpack with documents 69. Credit card 70. Imaged hard-drive (not seized) 71. Hard-drive

(see attached FD-597 Receipt for Property Seized)

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_SA_ _____ FBI  Russell MacTough
SA, FBI

Subcribed, sworn to, and returned before me this date

_____  8/7/07
U.S. Judge or Magistrate          Date