# EXHIBIT B

Case 5:07-cr-00501-JF   Document 34-3   Filed 09/05/2007   Page 1 of 2





Home | About Bernama | Sitemap | Helpdesk | E-mail us | Recommend us | Full News List | Search [ ] [Go!]

September 5, 2007
Wednesday

Versi B. Malaysia

**Malaysian News**
- General
- Business
- Banking & Finance
- Auto News
- Features
- Weather Forecast
- State News
- Video Clip

- RSS@BERNAMA
- Sports
- World News
- News in Arabic
- News in Mandarin
- Exclusive Press
- Fotoweb
- Archived News
- Links
- Letters To The Editor
- Editor's Pick

### General

August 18, 2007 22:54 PM

## 'We Need Complete Info On Zulkifli Abdul Hir' - Syed Hamid

KOTA TINGGI, Aug 18 (Bernama) -- Wisma Putra will get more information including from the United States on Zulkifli Abdul Hir or "Marwan", said to be a Malaysian involved in international terrorism.

Foreign Minister Datuk Seri Syed Hamid Albar said a complete information was needed to determine whether it was true that the man, wanted by Washington, was a Malaysian from Muar, Johor.

"The information we have right now is incomplete. We are unable to determine his nationality even though he is said to have come from Muar," he told reporters after attending a function at Felda Pasak here today.

He said Malaysia was willing to cooperate with all parties to catch and bring Zulkifli to justice if there were evidence that the 41-year-old man, said to be a terrorist, was in the country.

"However the man, at the moment, has not been traced being in Malaysia," he said.

Syed Hamid also urged all parties to be more careful in linking Malaysia to any individuals alleged to be terrorists without clear evidence as to their nationalities.

The United States' State Department is offering a US$5 million reward to those who can give information leading to the arrest of Zulkifli, a Jemaah Islamiyah senior leader said to be hiding in Southern Philippines and has been involved in several bombings in that country.

Early this month, Zulkifli and his brother, Rahmat Abdul Hir, 43, a United States' citizen, were charged with terrorism-related offences at a Californian court. Rahmat was arrested a day before he was brought to the court.

-- BERNAMA

*We provide (subscription-based)
news coverage in our Newslink service.*





Universiti Malaysia Perlis
Ilmu - Ke

