## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, Appeal of Magistrate Judge's Order, September 12, 2007
**Case Number:** CR-07-00501-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:** UNITED STATES OF AMERICA V. RAHMAT ABDHIR, ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) Rahmat Abdhir |
| Attorneys Present: Joanna Baltes | Attorneys Present: Cynthia Lie |

---

PROCEEDINGS:

    Further status review hearing held. Counsel and defendant are present. The Court advises a recorded exparte hearing was held on 8/29/07. The case is set for further status review on 10/24/07 at 10:00 a.m. 42 days are excluded for the reasons stated.

    Hearing on Appeal of Magistrate Judge Lloyd's Order held. Government's exhibits 1, 2 and 3, photos, are admitted into evidence. The Court takes the issue under submission and shall issue a written ruling. The Court continues to stay Magistrate Judge Lloyd's order.

    Exhibits 1, 2 and 3 are returned to Ms. Baltes.