1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   CYNTHIA LIE
3  Assistant Federal Public Defenders
   160 West Santa Clara Street, Suite 575
4  San Jose, CA  95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ABD HIR
6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,        )   No. CR-07-00501 JF
                                    )
13         Plaintiff,                )   DECLARATION OF VARELL FULLER IN
                                    )   SUPPORT OF DEFENDANT'S
14 vs.                              )   SUPPLEMENTAL BRIEFING RE:
                                    )   PRETRIAL DETENTION
15 RAHMAT ABD HIR,                  )
                                    )
16         Defendant.                )
   _____  )
17

18         I, Varell Fuller, hereby declare:

19         1.   I am a paralegal specialist for the Federal Public Defender for the Northern District

20 of California, San Jose Division, as well as a member of the California State Bar.  Our office has

21 been appointed to represent defendant Rahmat Abd Hir in the above-captioned case.

22         2.   I have reviewed the docket, superseding indictment, and orders setting conditions of

23 release in the case of United States v. Holy Land Foundation for Relief and Development, No.

24 3:04-CR-240-G (N.D. Tex.).  In addition, I have spoken with Marlo Cadeddu, one of the defense

25 attorneys in that case.

26         3.   Based upon my review of the superseding indictment and discussions with defense

Declaration of Varell Fuller                 1

1  counsel, I am informed and believe that each of the individual defendants in <u>Holy Land</u> was
2  charged with, among other things, providing material support to a foreign terrorist organization
3  (Hamas) and providing funds, goods and services to a specially designated terrorist.
4      4.    Based upon my review of the docket, the orders setting conditions of release, and
5  discussions with defense counsel, I am informed and believe that the following individual
6  defendants in <u>Holy Land</u> were ordered released pretrial, over the objection of the United States:
7  Ghassan Elashi, Shukri Abu Baker, Mohammad El-Mezain, Mufid Abdulqader, and
8  Abdulrahman Odeh.
9      5.    Based upon my review of the docket and discussions with defense counsel, I am
10  informed and believe that the only two defendants not released pretrial – Haitham Maghawri and
11  Akram Mishal – are fugitives who have not yet been arraigned.
12      I declare under penalty of perjury that the foregoing is true and correct, except for those
13  matters stated on information and belief, and as to those matters, I am informed and believe them
14  to be true.
15      Executed this _25th_ day of September, 2007, at San Jose, California.
16
17
18                  _____/s/_____
                  VARELL FULLER
19
20
21
22
23
24
25
26