BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00501 JF |
|---|---|---|
| Plaintiff, | ) ) | DECLARATION OF NICHOLAS HUMY IN SUPPORT OF DEFENDANT'S |
| vs. | ) ) | SUPPLEMENTAL BRIEFING RE: PRETRIAL DETENTION |
| RAHMAT ABD HIR, | ) ) | |
| Defendant. | ) ) | |

I, Nicholas Humy, hereby declare:

1.    I am an Assistant Federal Public Defender for the Federal Public Defender for the Northern District of California, San Jose Division.  Our office has been appointed to represent defendant Rahmat Abd Hir in the above-captioned case.

2.    On Monday, September 24, 2007, I met with Pretrial Service Officer-in-Charge Jaime Carranza regarding the feasibility of setting conditions of release in this case.

3.    Based upon my conversation with Officer-in-Charge Carranza, I am informed and

Declaration of Nicholas Humy                    1

believe that Pretrial Services believes that the following conditions of release would be both feasible and effective in ensuring that Mr. Abd Hir would not pose a danger to any community were he released prior to trial:

(1) Mr. Abd Hir shall not possess any firearms or ammunition. To the extent that these items have not already been seized by the government, Mr. Abd Hir shall surrender them to the government, pending the resolution of this case.

(2) Mr. Abd Hir shall not communicate with Zulkifli Abd Hir or anyone else in the Philippines, without prior permission of Pretrial Services. Upon request of Pretrial Services, Mr. Abd Hir shall provide a copy of his monthly telephone bill.

(3) Mr. Abd Hir shall not communicate with any individual who has been specially designated by the United States government as a global terrorist.

(4) Mr. Abd Hir shall be monitored via global positioning satellite.

(5) Mr. Abd Hir shall use the Internet at work only for work-related purposes. He shall not use the Internet at home or anywhere outside of work for any purpose.

(6) Mr. Abd Hir shall report to Pretrial Services, in person, once a week.

(7) To the extent that Mr. Abd Hir's accounts have not already been frozen by the government, Mr. Abd Hir shall not send any money overseas without prior permission of Pretrial Services.

(8) Mr. Abd Hir shall not send any packages to anyone overseas without prior permission of Pretrial Services. All mail sent by Mr. Abd Hir, whether within or outside of the United States, shall bear his true name and return address.

//
//
//
//
//

1       (9) To the extent that such documents have not been seized by the government,
2   Mr. Abd Hir shall surrender any passports and travel documents to Pretrial Services.
3       I declare under penalty of perjury that the foregoing is true and correct, except for those
4   matters stated on information and belief, and as to those matters, I am informed and believe them
5   to be true.
6       Executed this _25th_ day of September, 2007, in the Northern District of California.

                                      _____/s/_____
                                      NICHOLAS HUMY
                                      Assistant Federal Public Defender