# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
###### COURTROOM NO. 3 - 5TH FLOOR

### CRIMINAL MINUTES

**Court Proceedings:** Further Hearing on Appeal of Magistrate Judge's Order, September 27, 2007
**Case Number:** CR-07-00501-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    **UNITED STATES OF AMERICA V. RAHMAT ABDHIR, ET AL**

|                          **PLAINTIFF**                          |                        **DEFENDANT**                        |
|---|---|
|                        **United States**                        |                      **1) Rahmat Abdhir**                    |
| **Attorneys Present: John Gibbs, Jonathan Schmidt** | **Attorneys Present: Nick Humy Cynthia Lie** |

---

PROCEEDINGS:

    Further hearing on Appeal of Magistrate Judge Lloyd's Order held.  Counsel, Pretrial Services Officer Jamie Carranza and defendant are present.  The Court takes the issue under submission and shall issue a written ruling.  The case remains set for further status review on 10/24/07 at 10:00 a.m.