SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CABN 184339)
JONATHAN D. SCHMIDT (CABN 230646)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436–6767
JOHN GIBBS (VABN 40380)
JOANNA BALTES (CABN 205061)
DOJ Trial Attorneys
    950 Pennsylvania Avenue, Suite 2714
    Washington, D.C. 20350
    Telephone: (202) 353-3469
              (202) 307-6326

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00501-JF (RS) |
|     Plaintiff, ) | **MOTION ON CONSENT FOR** |
|   v. ) | **PROTECTIVE ORDER** |
| ) | **RE: DISCOVERY MATERIALS** |
| RAHMAT ABDHIR et al ) | |
|     Defendants. ) | SAN JOSE VENUE |

    Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the parties respectfully move the Court for the entry of a protective order governing the handling of discovery materials in this case. Counsel for the government and counsel for the defendant have conferred and consent to the entry of the proposed Order attached hereto, with the express understanding and request that the entry of such an Order be without prejudice to either party's right to request a revision of the Order by appropriate motion to the Court.

1  Accordingly, the parties respectfully request that the Court enter the attached Order on
2  consent and without prejudice to either party's right to seek a revision of the Order by
3  appropriate motion to the Court.

4                                Respectfully submitted,

5  Dated:      October 15, 2007

6  SCOTT N. SCHOOLS                   RAHMAT ABDHIR
    United States Attorney                   Defendant

     /s/                                         /s/
9  JONATHON SCHMIDT                  NICHOLAS HUMY
    TRACIE BROWN                      CYNTHIA LIE
10 Assistant U.S. Attorneys                 Assistant Federal Public Defenders
    JOHN GIBBS
11 JOANNA BALTES
    DOJ Trial Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAHMAT ABDHIR,<br>    a/k/a Sean Kasem,<br>    a/k/a Sean Kalimin,<br>    a/k/a Roy Kalimin,<br>    a/k/a Salam A. Jabar,  and<br><br>ZULKIFLI ABDHIR,<br>    a/k/a Zulkifli Bin Abdul Hir,<br>    a/k/a Hulagu,<br>    a/k/a Holagu,<br>    a/k/a Lagu,<br>    a/k/a Marwan,<br>    a/k/a Kulon<br>    a/k/a Musa Abdul,<br>    a/k/a Musa Abdul Hir,<br>    a/k/a Zulkifli Abdul Hir,<br>    a/k/a Zulkifli bin Hir,<br>    a/k/a Abdul Hir bin Zulkifli,<br>    a/k/a Abdulhir Bin Hir,<br>    a/k/a Bin Abdul Hir Zulkifli,<br><br>    Defendants. | No.  07CR 00501-01-JF<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, Joanna P. Baltes, am a citizen of the United States and I am at least eighteen years of age. My business address is 950 Pennsylvania Avenue, N.W., Suite 2714, Washington, D.C. 20530.

    I am not a party to the above-entitled action.  I have caused service of the government's **MOTION ON CONSENT FOR PROTECTIVE ORDER RE: DISCOVERY MATERIALS** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    Nicholas Humy. nicholas_humy@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2007.                      /s/ Joanna P. Baltes
                                                       JOANNA P. BALTES