# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, October 24, 2007
**Case Number:** CR-07-00501-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:** UNITED STATES OF AMERICA V. RAHMAT ABDHIR, ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) Rahmat Abdhir |
| Attorneys Present: Jonathan Schmidt, Joanna Baltes | Attorneys Present: Nick Humy, Cynthia Lie |

---

PROCEEDINGS:
    Further status review hearing held. Counsel and defendant are present. Continued to 12/10/07 at 11:00 a.m. for further status review. 47 days are excluded for the reasons stated. Defendant to be given notice, if plaintiff requests an exparte conference.