1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   CYNTHIA C. LIE
3  Assistant Federal Public Defenders
   160 West Santa Clara Street, Suite 575
4  San Jose, CA  95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ABD HIR
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )    No. CR-07-00501 JF (HRL)
                                     )
13             Plaintiff,            )    REQUEST FOR ORDER TERMINATING
                                     )    CJA CONTRIBUTION; DECLARATION IN
14  vs.                              )    SUPPORT THEREOF
                                     )
15  RAHMAT ABD HIR,                  )    **HON. HOWARD R. LLOYD**
                                     )
16             Defendant.            )
    _____)

17

18        I, Nicholas P. Humy, hereby declare:

19        1.    I am an Assistant Federal Public Defender for the Northern District of California,

20  San Jose Division.  Our office has been appointed to represent defendant Rahmat Abd Hir in the

21  above-captioned case.

22        2.    On August 2, 2007, this Court issued an order requiring Mr. Abd Hir to reimburse

23  the United States $50.00 per month beginning on September 1, 2007, for the cost of court-

24  appointed counsel.

25        3.    On November 13, 2007, my office received a letter from Financial Technician Cicie

26  Kwan, indicating that Mr. Abd Hir now owes $150.00 for the months of September through

Request for Order Terminating CJA Contribution        1

1    November 2007.  I am informed and believe that this Court has also received a copy of that letter.

2        4.    Mr. Abd Hir has been in custody continuously since his arrest on August 2, 2007.  In

3    addition, the prosecution has frozen Mr. Abd Hir's assets pending trial and given notice of its

4    intention to commence forfeiture proceedings against him. Under these circumstances, I am

5    informed and believe that Mr. Abd Hir lacks the ability to pay the court-ordered $50.00 per

6    month reimbursement.  Furthermore, I am informed and believe that Mr. Abd Hir lacked the

7    ability to make such payments during the months of September through November.

8        5.    For the reasons set forth above, it is respectfully requested that this Court issue an

9    order terminating the CJA contribution, made retroactive to September 1, 2007.

10        I declare under penalty of perjury that the foregoing is true and correct, except for those

11    matters stated on information and belief, and as to those matters, I am informed and believe them

12    to be true.

13        Executed this 14th day of November, 2007, in the Northern District of California.

14
                    Respectfully submitted,
15
                    BARRY J. PORTMAN
16                   Federal Public Defender

17

18                   NICHOLAS P. HUMY
                    Assistant Federal Public Defender
19

20

21

22

23

24

25

26

Request for Order Terminating CJA Contribution        2