BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA C. LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00501 JF (HRL) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TERMINATING CJA CONTRIBUTION |
| vs. | ) | |
| RAHMAT ABD HIR, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, upon request of defendant Rahmat Abd Hir, by and through counsel, IT IS HEREBY ORDERED that Mr. Abd Hir's obligation to reimburse the United States $50.00 per month for services provided under the Criminal Justice Act is TERMINATED.

IT IS FURTHER ORDERED that the termination of Mr. Abd Hir's reimbursement obligation shall be effective retroactively, beginning with the payment due on September 1, 2007.

IT IS SO ORDERED.

Date: _____

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge