1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   CYNTHIA C. LIE
3  Assistant Federal Public Defenders
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant ABD HIR
6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00501 JF (HRL) |
| Plaintiff, | ) | [PROPOSED] ORDER TERMINATING CJA CONTRIBUTION |
| vs. | ) | |
| RAHMAT ABD HIR, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, upon request of defendant Rahmat Abd Hir, by and through counsel, IT IS HEREBY ORDERED that Mr. Abd Hir's obligation to reimburse the United States $50.00 per month for services provided under the Criminal Justice Act is TERMINATED.

IT IS FURTHER ORDERED that the termination of Mr. Abd Hir's reimbursement obligation shall be effective retroactively, beginning with the payment due on September 1, 2007.

IT IS SO ORDERED.

Date: 11/15/07

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

[Proposed] Order Terminating CJA Contribution        1