UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Law and Motion Hearing, Further Status Review, December 10, 2007
**Case Number:** CR-07-00501-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     UNITED STATES OF AMERICA V. RAHMAT ABDHIR, ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) Rahmat Abdhir |
| Attorneys Present: Jonathan Schmidt | Attorneys Present: Nick Humy |

---

PROCEEDINGS:
Hearing on Motion for Clarifcation of Protective Order and further status review held. Counsel and defendant are present. The Court rules on the motion as recited. Continued to 2/4/08 at 11:00 a.m. for further status review. 56 days are excluded for the reasons stated.