1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | JONATHAN D. SCHMIDT (CABN 230646)
Assistant United States Attorney
5 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6 |     Telephone: (415) 436–6767
JOHN GIBBS (VABN 40380)
7 | JOANNA BALTES (CABN 205061)
DOJ Trial Attorneys
8 |     950 Pennsylvania Avenue, Suite 2714
    Washington, D.C. 20350
9 |     Telephone: (202) 353-3469
            (202) 307-6326
10
Attorneys for Plaintiff
11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,            )   No. CR-07-00501-JF
                                          )
17 |        Plaintiff,                    )
                                          )   **STIPULATION AND ORDER TO**
18 |   v.                                 )   **CONTINUE STATUS HEARING**
                                          )
19 | RAHAMT ABDHIR et al                  )   SAN JOSE VENUE
                                          )
20 |        Defendants.                   )
                                          )
21

22
        IT IS STIPULATED between plaintiff, UNITED STATES OF AMERICA, through its
23
attorneys, John Gibbs, Joanna Baltes, and Jonathan Schmidt, and defendant RAHMAT
24
ABDHIR, through his counsel, Nicholas Humy, that the status hearing in Criminal Case No. 07-
25
00501 be continued from February 4, 2008, to March 3, 2008 at 11:00 a.m.  The Defense is
26
continuing its investigation based upon discovery provided by the Government.  The parties
27
agree that time should be excluded.
28
//

| | |
|---|---|
| Dated: January 28, 2008 | Respectfully submitted, |
| JOSEPH P. RUSSONIELLO<br>United States Attorney | RAHMAT ABDHIR<br>Defendant |
|   /s/ Joanna P. Baltes<br>JONATHON SCHMIDT<br>Assistant U.S. Attorneys<br>JOHN GIBBS<br>JOANNA BALTES<br>DOJ Trial Attorneys |   /s/   Nicholas Humy<br>NICHOLAS HUMY<br>CYNTHIA LIE<br>Assistant Federal Public Defenders |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00501-JF |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | SAN JOSE VENUE |
| RAHMAT ABDHIR et al ) | |
| Defendants. ) | |

Good cause appearing, IT IS HEREBY ORDERED that the status hearing in Criminal Case No. 07-00501 be continued from February 4, 2008, to March 3, 2008 at 11:00 a.m. Time shall be excluded for the reasons stated in the parties' stipulation.

Dated: _____

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07CR 00501-01-JF |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| RAHMAT ABDHIR et al. ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

   I, Joanna P. Baltes, am a citizen of the United States and I am at least eighteen years of age. My business address is 950 Pennsylvania Avenue, N.W., Suite 2714, Washington, D.C. 20350.

   I am not a party to the above-entitled action. I have caused service of the parties' STIPULATION AND ORDER on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

     Nicholas Humy. nicholas_humy@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2008.      /s/ Joanna P. Baltes
                                                  JOANNA P. BALTES