**E-filed 1/29/08**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JONATHAN D. SCHMIDT (CABN 230646)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436–6767
JOHN GIBBS (VABN 40380)
JOANNA BALTES (CABN 205061)
DOJ Trial Attorneys
   950 Pennsylvania Avenue, Suite 2714
   Washington, D.C. 20350
   Telephone: (202) 353-3469
          (202) 307-6326

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00501-JF |
|    Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| RAHAMT ABDHIR et al ) | SAN JOSE VENUE |
|    Defendants. ) | |

     IT IS STIPULATED between plaintiff, UNITED STATES OF AMERICA, through its attorneys, John Gibbs, Joanna Baltes, and Jonathan Schmidt, and defendant RAHMAT ABDHIR, through his counsel, Nicholas Humy, that the status hearing in Criminal Case No. 07-00501 be continued from February 4, 2008, to March 3, 2008 at 11:00 a.m. The Defense is continuing its investigation based upon discovery provided by the Government. The parties agree that time should be excluded.

//

1  Dated:            January 28, 2008            Respectfully submitted,

3  JOSEPH P. RUSSONIELLO                         RAHMAT ABDHIR
   United States Attorney                        Defendant

     /s/ Joanna P. Baltes                           /s/   Nicholas Humy
6  JONATHON SCHMIDT                              NICHOLAS HUMY
   Assistant U.S. Attorneys                      CYNTHIA LIE
7  JOHN GIBBS                                    Assistant Federal Public Defenders
   JOANNA BALTES
8  DOJ Trial Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00501-JF |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | SAN JOSE VENUE |
| RAHMAT ABDHIR et al ) | |
| Defendants. ) | |

Good cause appearing, IT IS HEREBY ORDERED that the status hearing in Criminal Case No. 07-00501 be continued from February 4, 2008, to March 3, 2008 at 11:00 a.m. Time shall be excluded for the reasons stated in the parties' stipulation.

Dated: 1/29/08

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07CR 00501-01-JF |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| RAHMAT ABDHIR et al. | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

   I, Joanna P. Baltes, am a citizen of the United States and I am at least eighteen years of age. My business address is 950 Pennsylvania Avenue, N.W., Suite 2714, Washington, D.C. 20350.

   I am not a party to the above-entitled action. I have caused service of the parties' STIPULATION AND ORDER on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   Nicholas Humy. nicholas_humy@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2008.          /s/ Joanna P. Baltes
                                       JOANNA P. BALTES