UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, April 30, 2008
**Case Number:** CR-07-00501-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     UNITED STATES OF AMERICA V. RAHMAT ABDHIR, ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | 1) Rahmat Abdhir |
| **Attorneys Present:** John Gibbs | **Attorneys Present:** Nick Humy, Cynthia Lie |

---

PROCEEDINGS:

    Further status review hearing held. Counsel and defendant are present. Continued to 7/2/08 at 10:00 a.m. for further status review. 63 days are excluded for the reasons stated.