UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 29 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　V.<br><br>RAHMAT ABDHIR,<br><br>　　　　Defendant - Appellant. | No.   07-10500<br>D.C. No.  CR-07-00501-JF<br>Northern District of California,<br>San Jose<br><br>**MANDATE** |

　　　The judgment of this Court, entered 02/15/08, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　By: Rhonda Roberts
　　　　　　　　　　　　　　　　　　Deputy Clerk