**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

May 30, 2008

CASE NUMBER: __CR-07-00501-JF__

USCA NUMBER: **07-10500**

CASE TITLE: __USA vs    Rahmat Abdhir__
DATE MANDATE FILED: **May 30, 2008**

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by _Cita F. Escalano_
Case Systems Administrator

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

o:\mrg\crim\mandate.mrg