UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, July 1, 2008
**Case Number:** CR-07-00501-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | UNITED STATES OF AMERICA V. RAHMAT ABDHIR, ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| United States | 1) Rahmat Abdhir |
| Attorneys Present: John Gibbs, Joanna Baltes, Candace Kelly | Attorneys Present: Nick Humy, Cynthia Lie |

PROCEEDINGS:
  Further status review hearing held. Counsel and defendant are present. Continued to 9/10/08 at 10:00 a.m. for further status review. 69 days are excluded for the reasons stated.