1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS P. HUMY
    CYNTHIA LIE
3   Assistant Federal Public Defenders
    160 West Santa Clara Street, Suite 575
4   San Jose, CA  95113
    Telephone:  (408) 291-7753
5
    Counsel for Defendant ABD HIR
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,              )   No. CR-07-00501 JF
12                                         )
                    Plaintiff,             )   **STIPULATION TO CONTINUE STATUS**
13                                         )   **HEARING; [PROPOSED] ORDER**
    vs.                                    )
14                                         )
    RAHMAT ABD HIR,                        )
15                                         )
                    Defendant.             )
16  _____)

17                              **STIPULATION**

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the status hearing date in the above-captioned matter, presently

20  scheduled for Wednesday, September 10, 2008 at 10:00 a.m., be continued to Wednesday,

21  September 24, 2008 at 10:00 a.m.

22      The reason for the requested continuance is to permit the parties to continue their

23  settlement negotiations and to accommodate defense scheduling issues.  Accordingly, the parties

24  further stipulate that 14 days should be excluded from the time within which trial shall

25  commence, to provide counsel reasonable time necessary for effective preparation and for

26
    **STIPULATION TO CONTINUE STATUS**
    **HEARING; [PROPOSED] ORDER**
    **No. CR-07-00501 JF (RS)**                    1

continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv)..

Dated: September 5, 2008                                    _____/s/_____
                                                            NICHOLAS P. HUMY
                                                            Assistant Federal Public Defender

Dated: September 5, 2008                                    _____/s/_____
                                                            JOHN T. GIBBS
                                                            DOJ Trial Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, September 10, 2008 will be continued to Wednesday, September 23, 2008 at 10:00 a.m.

IT IS FURTHER ORDERED, that the 14 days from September 10, 2008 through and including September 24, 2008 shall be excluded for effective preparation and continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September ___, 2008                          _____
                                                    JEREMY FOGEL
                                                    United States District Judge

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER
No. CR-08-00453-JF                        2