1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   CYNTHIA LIE
3  Assistant Federal Public Defenders
   160 West Santa Clara Street, Suite 575
4  San Jose, CA  95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ABD HIR
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11
12 UNITED STATES OF AMERICA,        )   No. CR-07-00501 JF
                                    )
13              Plaintiff,           )   **STIPULATION TO CONTINUE STATUS
                                    )   HEARING; [PROPOSED] ORDER**
   vs.                              )
14                                  )
   RAHMAT ABD HIR,                  )
15                                  )
              Defendant.             )
16 _____  )

17                      **STIPULATION**

18     Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the status hearing date in the above-captioned matter, presently

20 scheduled for Wednesday, September 10, 2008 at 10:00 a.m., be continued to Wednesday,

21 September 24, 2008 at 10:00 a.m.

22     The reason for the requested continuance is to permit the parties to continue their

23 settlement negotiations and to accommodate defense scheduling issues.  Accordingly, the parties

24 further stipulate that 14 days should be excluded from the time within which trial shall

25 commence, to provide counsel reasonable time necessary for effective preparation and for

26
   **STIPULATION TO CONTINUE STATUS
   HEARING; [PROPOSED] ORDER
   No. CR-07-00501 JF (RS)**                    1

1  continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and

2  (B)(iv)..

3

4  Dated: September 5, 2008                    _____/s/_____
                                                NICHOLAS P. HUMY
5                                               Assistant Federal Public Defender

6
   Dated: September 5, 2008                    _____/s/_____
7                                               JOHN T. GIBBS
                                                DOJ Trial Attorney
8

9

10                              **[PROPOSED] ORDER**

11

12      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13  presently set for Wednesday, September 10, 2008 will be continued to Wednesday, September
                                                                                          24
14  ~~23~~, 2008 at 10:00 a.m.

15      IT IS FURTHER ORDERED, that the 14 days from September 10, 2008 through and

16  including September 24, 2008 shall be excluded for effective preparation and continuity of

17  defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

18      IT IS SO ORDERED.

19

20  Dated: September  9  , 2008              _____
                                                JEREMY FOGEL
21                                              United States District Judge

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER
No. CR-08-00453-JF                          2