BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00501 JF |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER** |
| vs. | |
| RAHMAT ABD HIR, | |
| Defendant. | |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Wednesday, November 5, 2008 will be continued to Wednesday, January 14, 2009 at 9:00 a.m.

The reason for the requested continuance is to permit the parties to continue their settlement negotiations, which are ongoing and in the furtherance of which the parties expect to meet at least one more time, and to accommodate defense scheduling issues.  Accordingly, the parties further stipulate that 70 days should be excluded from the time within which trial shall

1 commence, to provide counsel reasonable time necessary for effective preparation and for
2 continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and
3 (B)(iv).

5 Dated: November 4, 2008                          /s/
                                                   NICHOLAS P. HUMY
6                                                  Assistant Federal Public Defender

7 Dated: November 4, 2008                          /s/
8                                                  JOHN T. GIBBS
                                                   DOJ Trial Attorney

11 **[PROPOSED] ORDER**

13     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
14 presently set for Wednesday, November 5, 2008 will be continued to Wednesday, January 14,
15 2009 at ~~9:00~~ 10:00 a.m.
16     IT IS FURTHER ORDERED, that the 70 days from November 5, 2008 through and
17 including January 14, 2009 shall be excluded for effective preparation and continuity of defense
18 counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).
19     IT IS SO ORDERED.

21 Dated: November 5, 2008                         _____
                                                   JEREMY FOGEL
22                                                 United States District Judge