BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00501 JF |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| RAHMAT ABD HIR, | |
| Defendant. | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Wednesday, January 14, 2009, at 10:00 a.m., shall be continued to Wednesday, March 4, 2009 at 10:00 a.m.

The reason for the requested continuance is to permit the parties to continue their settlement negotiations, which are ongoing, and to accommodate defense scheduling issues. Accordingly, the parties further stipulate that 49 days should be excluded from the time within which trial shall commence, to provide counsel reasonable time necessary for effective

///

preparation and for continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: January 8, 2009

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: January 8, 2009

_____/s/_____
JOHN T. GIBBS
DOJ Trial Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, January 14, 2009, will be continued to Wednesday, March 4, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED, that the 49 days from January 14, 2009, through and including March 4, 2009 shall be excluded for effective preparation and continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 1/14/09

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
No. CR-07-00501 JF                    2