1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   CYNTHIA LIE
3  Assistant Federal Public Defenders
   160 West Santa Clara Street, Suite 575
4  San Jose, CA  95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ABD HIR
6
7
8             IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,        )  No. CR-07-00501 JF
                                     )
13              Plaintiff,           )  **STIPULATION TO MOVE HEARING**
                                     )  **DATE; [PROPOSED] ORDER**
14  vs.                              )
                                     )
15  RAHMAT ABD HIR,                  )
                                     )
16              Defendant.           )
    _____    )

17                    **STIPULATION**

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the hearing date in the above-captioned matter, presently

20  scheduled for Wednesday, March 4, 2009 will be moved to Tuesday, March 3, 2009 at 10:00

21  a.m., for a change of plea.

22  Dated: February 13, 2009                    _____/s/_____
                                                NICHOLAS P. HUMY
23                                              Assistant Federal Public Defender

24
    Dated: February 13, 2009                    _____/s/_____
25                                              JOHN T. GIBBS
                                                DOJ Trial Attorney
26

**STIPULATION TO MOVE
HEARING DATE; [PROPOSED] ORDER
No. CR-07-00501 JF (RS)**                       1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAHMAT ABD HIR,<br><br>　　　　　Defendant. | No. CR-07-00501 JF<br><br>**STIPULATION TO MOVE HEARING DATE; [PROPOSED] ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, March 4, 2009 will be moved to Tuesday, March 3, 2009 at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 23, 2009

_____
JEREMY FOGEL
United States District Judge

**STIPULATION TO MOVE HEARING
DATE; [PROPOSED] ORDER
No. CR-07-00501 JF (RS)**　　　　　2