BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
CYNTHIA LIE
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

Counsel for Defendant ABD HIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00501 JF |
| Plaintiff, | **STIPULATION TO MOVE HEARING DATE; [PROPOSED] ORDER** |
| vs. | |
| RAHMAT ABD HIR, | |
| Defendant. | |

**STIPULATION**

Defendant Rahmat Abd Hir and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Tuesday, March 3, 2009 will be moved to Tuesday, March 17, 2009 at 10:00 a.m., for a change of plea.

The reason for this request is that the parties have agreed in principal to terms for resolution of the matter.  In the last week new circumstances have arisen, which the parties agree need to be addressed before proceeding with a change of plea.

///

STIPULATION TO MOVE
HEARING DATE; [PROPOSED] ORDER
No. CR-07-00501 JF                                                        1

1  The parties further stipulate that time should be excluded for effective preparation of
2  counsel, and that the ends of justice served by the granting of the requested continuance outweigh
3  the best interest of the public and the defendant in a speedy trial and in the prompt disposition of
4  criminal cases. <u>See</u> 18 U.S.C. 3161(h)(8)(A).

6  Dated: March 3, 2009                                  _____/s/_____
                                                          NICHOLAS P. HUMY
7                                                         Assistant Federal Public Defender

9  Dated: March 3, 2009                                  _____/s/_____
                                                          JOHN T. GIBBS
10                                                        DOJ Trial Attorney

STIPULATION TO MOVE
HEARING DATE; [PROPOSED] ORDER
No. CR-07-00501 JF                           2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>RAHMAT ABD HIR, )<br>  )<br>Defendant. )<br>_____ ) | No. CR-07-00501 JF<br><br>**STIPULATION TO MOVE HEARING DATE; [PROPOSED] ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Tuesday, March 3, 2009 will be moved to Tuesday, March 17, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED that time be excluded for effective preparation of counsel, and that the ends of justice served by the granting of the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases, pursuant to Title 18 U.S.C. 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: March 4 , 2009

_____
JEREMY FOGEL
United States District Judge

**STIPULATION TO MOVE HEARING
DATE; [PROPOSED] ORDER
No. CR-07-00501 JF**                              3