1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   CYNTHIA LIE
3  Assistant Federal Public Defenders
   160 West Santa Clara Street, Suite 575
4  San Jose, CA  95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ABD HIR
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,       )   No. CR-07-00501 JF
12                                  )
              Plaintiff,             )   **STIPULATION TO CONTINUE**
13                                  )   **HEARING; [PROPOSED] ORDER**
    vs.                             )
14                                  )
    RAHMAT ABD HIR,                 )
15                                  )
              Defendant.             )
16  _____)

17                        **STIPULATION**

18       Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the hearing date in the above-captioned matter, presently

20  scheduled for Wednesday, May 6, 2009 at 10:00 a.m., be continued to Wednesday, August 5,

21  2009 at 10:00 a.m.  The parties also request that the mater be referred to The United States

22  Probation Office for a Presentence Report.

23  ///

24  ///

25  ///

26  ///

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
No. CR-07-00501 JF                          1

The reason for the requested continuance is to permit the parties to continue their settlement negotiations.

Dated: May 4, 2009            _____/s/_____
                              NICHOLAS P. HUMY
                              Assistant Federal Public Defender

Dated: May 4, 2009            _____/s/_____
                              GARY FRY
                              Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, May 6, 2009 is continued to Wednesday, August 5, 2009 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May  5 , 2009          _____
                              JEREMY FOGEL
                              United States District Judge

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR-07-00501 JF                    2