```
1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   CYNTHIA LIE
3  Assistant Federal Public Defenders
   160 West Santa Clara Street, Suite 575
4  San Jose, CA  95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ABD HIR
6
7
8             IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN JOSE DIVISION
11
12 UNITED STATES OF AMERICA,        )   No. CR-07-00501 JF
                                    )
13            Plaintiff,            )   STIPULATION TO CONTINUE
                                    )   HEARING; [PROPOSED] ORDER
14 vs.                              )
                                    )
15 RAHMAT ABD HIR,                  )
                                    )
16            Defendant.            )
                                    )
```

17                          **STIPULATION**

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the hearing date in the above-captioned matter, presently

20 scheduled for Wednesday, August 12, 2009 at 10:00 a.m., be continued to Wednesday,

21 September 9, 2009 at 10:00 a.m.

22 ///

23 ///

24 ///

25 ///

26 ///

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
No. CR-07-00501 JF                          1

The continuance is requested because defense counsel will be out of the district on August 12, 2009.  The September 9, 2009, date is requested to accommodate the schedules of counsel for the government as well as the defense counsel.

Dated: August 4, 2009                          _____/s/_____
                                               NICHOLAS P. HUMY
                                               Assistant Federal Public Defender

Dated: August 4, 2009                          _____/s/_____
                                               GARY FRY
                                               Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the hearing date presently set for Wednesday, August 12, 2009 is continued to Wednesday, September 9, 2009 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 10, 2009                         _____
                                               JEREMY FOGEL
                                               United States District Judge

**STIPULATION TO CONTINUE HEARING;**
**[PROPOSED] ORDER**
**No. CR-07-00501 JF**                         2