JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

GARY G. FRY(CASBN 85582)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00501 (JF) |
|     Plaintiff | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING DATE** |
|     v. | ) | |
| | ) | Date:  Thursday, June 10, 2010 |
| RAHMAT ABDHIR, | ) | Time:  9:00 a.m. |
| | ) | Court: Hon. Jeremy Fogel |
|     Defendant | ) | |

        To this honorable court, please take note that all parties in this case have agreed to

continue the sentencing hearing to Thursday, August 26, at 10:00 a.m. The Probation Officer has

asked the United States to respond to defense objections and comments to the preliminary

presentence report. The United States appreciates the request for its input, but it will require a

continuance of the sentencing date, currently set for June 10, 2010. Because of a number of

calendar conflicts between counsel, the next day that all four counsel and the probation officer are

//

//

//

1   available is Thursday, August 26. We also request that this be set at 10:00 a.m.

2

3

4   Date: June 8, 2010                           Respectfully submitted,

5                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
6

7                                                      /s/

8                                                _____
                                                 GARY G. FRY
9                                                Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,             )       No. CR 07-00501 (JF)
                                          )
14          Plaintiff                     )
                                          )
15                                        )       **ORDER OF THE COURT CONTINUING**
                          v.              )       **SENTENCING DATE**
16  RAHMAT ABDHIR,                        )
                                          )
17          Defendant                     )
                                          )
18  _____      )

19          Based on a stipulation by al parties, and for good cause shown, the court ORDERS that the

20  sentencing hearing in this matter, currently set for Thursday, June 10, 2010, is continued to

21  Thursday, August 26, 2010, at 10:00 a.m.

22          IT IS SO ORDERED.

23

24  Date:    6/10/10                              _____
                                                 HONORABLE JEREMY FOGEL
25                                               United States District Court Judge

26
27
28